Submitted on the petition, the answering memorandum of respondent, and the record March 16, ballot title certified April 6, 2000

Bill SIZEMORE,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General
for the State of Oregon,
*Respondent.*

(SC S47274)

998 P2d 674

Gregory W. Byrne, Portland, filed the petition for petitioner.

Brendan C. Dunn, Assistant Attorney General, Salem, filed the answering memorandum for respondent. With him on the memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

PER CURIAM

## PER CURIAM

This is a ballot title review proceeding brought under ORS 250.085(2). Petitioner is an elector who timely submitted written comments to the Secretary of State respecting the content of the draft ballot title for a proposed measure designated by the Secretary of State as Initiative Petition 131 (2000). He therefore is entitled to seek review of the resulting ballot title for that measure certified by the Attorney General. *See* ORS 250.085(2) (setting that requirement). We review the Attorney General's certified ballot title to determine whether it substantially complies with the requirements of ORS 250.035 (1997).[1] *See* ORS 250.085(5) (setting out standard of review).

We have considered each of petitioner's arguments concerning the ballot title certified by the Attorney General. We conclude that none establishes that the Attorney General's certified ballot title fails to comply substantially with the standards for such ballot titles set out in ORS 250.035(2)(a) to (d) (1997). Accordingly, we certify to the Secretary of State the following ballot title:

AMENDS CONSTITUTION: PROHIBITS SPECIFIED LAWS REGULATING DIRECT DEPOSIT, PAYROLL DEDUCTIONS, RELATED NEGOTIATIONS

RESULT OF "YES" VOTE: "Yes" vote prohibits specified laws, rules regulating availability of direct deposit, payroll deductions, related negotiations.

RESULT OF "NO" VOTE: "No" vote rejects prohibiting specified laws and rules regulating direct deposit, payroll deductions, related negotiations.

---

[1] The 1999 Legislature amended ORS 250.035(2) in several respects. Or Laws 1999, ch 793, § 1. However, section 3 of that 1999 enactment provides, in part:

"(1) The amendments to ORS 250.035 by section 1 of this 1999 Act do not apply to any ballot title prepared for:

"(a) Any initiative petition that, if filed with the Secretary of State with the required number of signatures of qualified electors, will be submitted to the people at the general election held on the first Tuesday after the first Monday in November 2000[.]"

The present proposed measure is one of those to which the 1999 act does not apply. We therefore apply the pertinent provisions of ORS 250.035(2) (1997).

SUMMARY: Amends Constitution. Constitution now prohibits restricting employees' right to make political contributions through electronic transfers, payroll deduction. Measure grants employers, employees, unions right to negotiate direct deposit, automatic payroll deductions to pay bills, make contributions, conduct other financial transactions. Prohibits certain laws restricting those negotiations, restricting or mandating: type of employer providing, employees using direct deposit, payroll deduction; type of persons, entities receiving funds through those means; timing, frequency of employees' decisions authorizing those services; purposes for using those services. Does not require those services.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).